IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK C. BERGERON,

        Plaintiff,         2:06-cv-0037-GEB-PAN(JFM)-PS

   v.

KING MOHAMED V, and THE KINGDOM        ORDER
OF MOROCCO,

        Defendants.
_____/

      This matter was referred to the assigned Magistrate Judge pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On February 10, 2006, Judge Nowinski recommended that plaintiff's action be dismissed.  On February 16, 2006, plaintiff filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed February 10, 2006, are adopted in full; and

2. This action is dismissed.

Dated:  June 2, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge